**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**WIN MIN HTUT, Petitioner**

**No. 179 MAL 2017**

Supreme Court of Pennsylvania.

August 28, 2017

### ORDER

PER CURIAM

**AND NOW,** this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Thomas D. RICE, Petitioner**

**No. 163 MAL 2017**

Supreme Court of Pennsylvania.

August 28, 2017

### ORDER

PER CURIAM

**AND NOW,** this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Kendall WILLIAMS, Petitioner**

**No. 162 MAL 2017**

Supreme Court of Pennsylvania.

August 28, 2017

### ORDER

PER CURIAM

**AND NOW,** this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**